UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Solstad Operations AS<br><br>Plaintiff,<br><br>-against-<br><br><br>Ranger Offshore, Inc.<br><br>Defendant. | 16 Civ. _____ |

## ORDER FOR WARRANT OF ATTACHMENT

UPON READING Plaintiff Solstad Operations AS' Verified Complaint against Defendant Ranger Offshore, Inc. ("Ranger") and the *Ex Parte* Motion for Order Authorizing Issuance of Process of Texas Writ of Attachment and the supporting documents appended thereto, the Court finds that the conditions for an action under Rule B(1)(e) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure ("Rule B") and thereby Texas Civil Practice & Remedies Code § 61.001 *et seq.* ("TCPRC") appear to exist,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Clerk of Court is authorized to issue a Texas Writ of Attachment as prayed for in the Verified Complaint and that the Texas Writ of Attachment be served as outlined below by the U.S. Marshal for the Southern District of Texas; and

147820.06501/102268156v.1

IT IS FURTHER ORDERED that a copy of this Order be attached to and served with the said Texas Writ of Attachment; and

IT IS FURTHER ORDERED that the Clerk of Court is authorized to issue a Texas Writ of Attachment over the property, goods chattels, credits and/or effects of Ranger, including but not limited to Ranger's vessel, the M/V GLOBAL ORION, IMO No. 9249439, which is presently within this District. Accordingly, upon service of the Texas Writ of Attachment and this Order by the U.S. Marshal, Ranger and any other garnishes are hereby ordered to refrain from moving from beyond the District releasing or otherwise utilizing, burning or disposing of any tangible or intangible property belonging to Ranger in its care, custody or control pending further order of this Court and/or notification by the U.S. Marshal or special appointee, unless at the direction and with the consent of Solstad.

IT IS FURTHER ORDERED THAT, notwithstanding the foregoing, if the conditions of this order are otherwise followed the vessel GLOBAL ORION shall be free to move solely within the confines of the Southern District of Texas Ports of Houston and Galveston, Texas to continue cargo operations and the vessel attached may be shifted from its current situs to other locations and anchorages within the Southern District of Texas as necessary; and

IT IS FURTHER ORDERED that Solstad is authorized to release or instruct the Marshal to release any property subject to attachment (including the GLOBAL ORION) without further leave of Court; and

IT IS FURTHER ORDERED that in order to avoid the need to repetitively serve the garnishee(s) continuously throughout the day, any copy of the Process of Texas Writ of Attachment that is served on any of the garnishees herein is deemed effective and continuous

throughout any given day, and subsequent service of process is authorized via facsimile or email following initial *in personam* service; and

IT IS FURTHER ORDERED that Solstad agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others form whom they are responsible from any and all liability or responsibility for claims arising from the arrest or attachment of the property.

Houston, Texas this _____ day of May, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE